**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:21-cv-22445-KMM

DONALD J. TRUMP, *et al.*,
Individually and on Behalf of
All Others Similarly Situated,

 Plaintiffs,
v.

YOUTUBE, LLC, *et al.*,

 Defendants.
                                              /

## DISTRICT COURT CERTIFICATION OF CONSTITUTIONAL QUESTION

THIS CAUSE came before the Court upon Plaintiff Donald J. Trump, Plaintiff Kelly Victory, and Plaintiff Austen Fletcher's (collectively, "Plaintiffs") Notice of Constitutional Question. ("Notice") (ECF No. 7). Pursuant to Federal Rule of Civil Procedure 5.1, Plaintiff gave notice that this action raises federal constitutional challenges to one or more provisions of federal law. *See* 28 U.S.C. § 2403(a); Fed. R. Civ. P. 5.1(b).

Counsel for Plaintiffs has certified to the Court that notice of the constitutional questions has been served upon the Honorable Merrick Garland, Attorney General of the United States, in accordance with Rule 5.1(a).

Accordingly, after careful consideration, and pursuant to Title 28, United States Code, Section 2403(a), the Court hereby CERTIFIES to Mr. Garland that the Plaintiffs have raised such constitutional challenges. The Clerk of Court is DIRECTED to immediately transmit the Notice to United States Attorney General Merrick Garland, along with copies of the Complaint (ECF No. 1), by certified mail, return receipt requested, at the address printed below:

>Hon. Merrick Garland
>Attorney General of the United States of America
>United States Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530-0001

The Court hereby provides that Mr. Garland is entitled to **sixty (60) days** from the date of this notice to intervene on behalf of the United States in this action. *See* 28 U.S.C. § 2403(a). The Court respectfully requests that Mr. Garland provide notice of his intentions to intervene, if applicable, at the earliest possible convenience.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of July, 2021.

>K. MICHAEL MOORE
>UNITED STATES DISTRICT JUDGE

c: All counsel of record