UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY __PG__ D.C.

JUL 2 0 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**TRUMP et al.**  *  Civil Action No. *1;21-cv-22445-KMM*

    Plaintiffs  *  Hon. K. Michael Moore

v.

**TOUTUBE, LLC et al.**  *  **MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

    Defendants

*  Ted Kurt, *Amicus Curiae (pro se)*
tedkurt@tedkurt.com

*

Plaintiff herein has sued Twitter

Because they blocked him, he became bitter.

And YouTube and Facebook

Plaintiff didn't overlook.

For failure to state grounds

Upon which relief can found

Plaintiff's Complaint should be tossed in the Shitter.

Respectfully submitted,

*/s/ T. Kurt*

Ted Kurt, *Amicus Curiae (pro se)*

## PROOF OF SERVICE

I certify a copy of the within MOTION TO DISMISS PLAINTIFF'S COMPLAINT was sent by regular U. S. Mail this 16th day of July, 2021, to Plaintiff's counsel of record, Vargas Gonzalez Baldwin Delombard, LLP, 815 Ponce de Leon Blvd., Third Floor, Coral Gables, FL 33134

*/s/ T. Kurt*

METROPLEX MI 480
17 JUL 2021 PM 2

Ted Kurt Lawyer
418 W. Dudley Street
Maumee, Ohio 43537

Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

33128-180199

USMS
INSPECTED   RECEIVED

JUL 20 2021
12:35 PM