IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 1:21-cv-22445-KMW-LFL

DONALD J. TRUMP, the Forty-Fifth President
Of the United States, KELLY VICTORY,
AUSTEN FLETCHER, AMERICAN
CONSERVATIVE UNION; ANDREW
BAGGIANI, MARYSE VERONICA
JEAN-LOUIS, NAOMI WOLF, AND FRANK
VALENTINE, INDIVIDUALLY, AND ON
BEHALF OF THOSE SIMILARLY SITUATED,

      Plaintiffs,

      v.

YOUTUBE, LLC, and SUNDAR PICHAI,

      Defendants.

_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, AND FRANK VALENTINE, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED, and pursuant to Rule 5 of the Federal Rules of Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Richard P. Lawson, Esquire
Luis Martinez-Monfort, Esquire
Gardner Brewer Martinez-Monfort, P.A.
400 North Ashley Drive, Suite 1100
Tampa, FL 33602

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court or any other party.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

**DATED**:    August 2, 2021

/s/ *Richard P. Lawson*
RICHARD P. LAWSON, ESQ.
Florida Bar No. 165085
LUIS MARTINEZ-MONFORT, ESQ.
Florida Bar No. 0132713
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
(813) 221-9600 Telephone / (813) 221-9611 Fax
Primary Email:    rlawson@gbmmlaw.com
Secondary Email:  litigation@gbmmlaw.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT**, a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served via the CM/ECF system to all creditors and parties in interest receiving notices by electronic mail on the 2nd day of August, 2021, as indicated below:

<div style="column-count:2">

Matthew Lee Baldwin
Vargas Gonzalez Hevia Baldwin, LLP
815 Ponce de Leon Blvd.
Third Floor
Coral Gables, FL 33134
(305) 631-2528
(305) 631-2741 (fax)
MBaldwin@VargasGonzalez.com

John P. Coale
2901 Fessenden St. NW
Washington, DC 20008
(202) 255-2096
johnpcoale@aol.com

Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm, LLC
2721 St. Charles Ave, Suite 2A
New Orleans, LA 70130
(504) 616-5226
FcdLaw@aol.com

Sean M. Hamill
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

Michael J. Jones
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661-6000
mjones@ibolaw.com

John Q. Kelly
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661-6000
jqkelly@ibolaw.com

Roland A. Paul
Ivey Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661-6000
rpaul@ibolaw.com

Ryan Tougias
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
203-661-6000
rtougias@ibolaw.com

**Via U.S. Mail**
Ted Kurt
418 W. Dudley Street
Maumee, OH 43537

</div>

                                              */s/ Richard P. Lawson*
                                                  Attorney