# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

DONALD J. TRUMP, *et al.*,

    *Plaintiffs*,

v.                           No. 1:21-cv-22445-KMM-LFL

YOUTUBE, LLC, *et al.*

    *Defendants*.

_____

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned counsel on behalf of non-party the United States of America in the above-captioned matter.

Date: August 19, 2021          Respectfully submitted,

                                       MICHAEL D. GRANSTON
                                       Deputy Assistant Attorney General

                                       ERIC WOMACK
                                       Assistant Branch Director

                                       /s/ *Joshua Kolsky*
                                       JOSHUA KOLSKY
                                       Trial Attorney
                                       D.C. Bar No. 993430
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street NW Washington, DC 20005
                                       Tel.: (202) 305-7664
                                       Fax: (202) 616-8470
                                       E-mail: joshua.kolsky@usdoj.gov

                                       *Attorneys for the United States*

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 19, 2021.

*/s/* Joshua Kolsky
Joshua Kolsky
