IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:21-22445-KMM-LFL

DONALD J. TRUMP et al.,

    Plaintiffs,

v.

YOUTUBE, LLC and SUNDAR PICHAI,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Jay B. Shapiro, Esq., of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby appears as counsel on behalf of Defendants, YOUTUBE, LLC, and SUNDAR PICHAI, in the above-styled case, subject to all reservations of rights and without waiver of any defenses, including but not limited to jurisdiction and venue.

Mr. Shapiro requests that all correspondence, pleadings, orders, and other matters be served on the undersigned.

Dated: August 31, 2021

                                          Respectfully submitted,

                                          By: */s/ Jay B. Shapiro*
                                          Jay B. Shapiro
                                          Florida Bar No. 776361
                                          jshapiro@stearnsweaver.com
                                          Abigail G. Corbett
                                          Florida Bar No. 31332
                                          acorbett@stearnsweaver.com
                                          Douglas L. Kilby
                                          Florida Bar No. 0073407
                                          dkilby@stearnsweaver.com
                                          STEARNS WEAVER MILLER WEISSLER

ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 789-3200
Fax: (305) 789-3395

*Attorneys for Defendants YOUTUBE LLC
and SUNDAR PICHAI*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2021, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

    */s/ Jay B. Shapiro*
    JAY B. SHAPIRO