IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:21-22445-KMM-LFL

DONALD J. TRUMP et al.,

    Plaintiffs,

v.

YOUTUBE, LLC and SUNDAR PICHAI,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Douglas L. Kilby, Esq., of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby appears as counsel on behalf of Defendants, YOUTUBE, LLC, and SUNDAR PICHAI, in the above-styled case, subject to all reservations of rights and without waiver of any defenses, including but not limited to jurisdiction and venue.

Mr. Kilby requests that all correspondence, pleadings, orders, and other matters be served on the undersigned.

Dated: September 2, 2021

Respectfully submitted,

By: */s/ Douglas L. Kilby*
Jay B. Shapiro
Florida Bar No. 776361
jshapiro@stearnsweaver.com
Abigail G. Corbett
Florida Bar No. 31332
acorbett@stearnsweaver.com
Douglas L. Kilby
Florida Bar No. 0073407
dkilby@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER

ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 789-3200
Fax: (305) 789-3395

*Attorneys for Defendants YOUTUBE LLC
and SUNDAR PICHAI*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2021, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

                                        */s/ Douglas L. Kilby*
                                        DOUGLAS L. KILBY