UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD J. TRUMP, and others,
individually and on behalf of a class,

    Plaintiffs,

v.

YOUTUBE LLC, and others,

    Defendants.

Case No. 21-cv-8009 NC

**ORDER ON THIRD PARTY
MOTION FOR LEAVE TO FILE**

The Court has received a 59-page "Motion for Leave to File – Motion to Consolidate and Motion to Intervene and Join" submitted by third-party David Andrew Christenson. The Court will permit filing of the first three pages of the filing, which is Christenson's motion. The parties are ordered to respond to the motion by November 1, 2021. A reply not to exceed 5 pages may be filed by November 15.

As to the 56 pages of attachments to Christenson's motion, the Court strikes them under Fed. R. Civ. P. 12(f)(1), finding them to be redundant, immaterial, impertinent, and scandalous. The attachments will not be filed in ECF, although the motion indicates that they were served on the parties.

**IT IS SO ORDERED.**

Dated:  October 18, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California