Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Chief Judge Richard Seeborg
Movant David Andrew Christenson October 14th, 2021

Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join

## "HOPE AND PRAY FOR ASSASSINATION."

(I knew the Pandemic was coming and so did the Government. If I were wrong, they would have left me alone. No one has ever told me that I was wrong. You do not classify an Air Force Officer as a terrorist for protecting the Constitution and the First Amendment.)

Here is how grotesque this is. All I asked for was a change in the narrative and for our government to stop lying and to start telling the truth. I was censored for that and made an enemy of the state.

- ➢ I have conferred with the Plaintiffs and the Plaintiff's attorney for over 5 years. (The irony is that President Trump has done to me what YouTube, Twitter, and Facebook is doing to him.)

- ➢ I have conferred with the Defendants and the Defendant's attorney for over 10 years.

- ➢ My legal basis, cause of action, for intervening is the same as that of the Plaintiffs. I have been censored by YouTube, Twitter, and Facebook in violation of the Constitution and the First Amendment.

- ➢ I want to save my fellow Americans from the Genocide that is taking place by changing the narrative.

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg
Movant David Andrew Christenson October 14th, 2021

Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore
Movant David Andrew Christenson October 14th, 2021

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 14th, 2021

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Movant David Andrew Christenson October 14th, 2021

Mathematically Mankind will cease to exist in the next few years. I wrote this paragraph years ago and it appears in multiple court records: *"How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our Government has turned us into "Bubble People," a vaccination for everything."* <u>I can now add COVID19 which is Endemic.</u>

Written by me this year: *"President Joe Biden has stated publicly that you will need a booster in 8 months, then 6 months, and then 5 months. They are already working on a vascular port so that you can go to the pharmacy and pick up a vaccine capsule and install it in your vascular port."*

## "HOPE AND PRAY FOR ASSASSINATION."

YouTube, Twitter, and Facebook allowed me to publish over 750 videos, between 2012 and 2015, with over 60 having the title start with "Hope and Pray for Assassination" and then the name of someone. The title was sensational but neither the video nor the description talked about assassination.

YouTube, Twitter, and Facebook stood by me and the First Amendment for almost five years and then magically all my social media accounts and my websites were closed. I was erased from the internet.

Censorship is why we are in the (Endemic) Pandemic. (What bothers me most, is that no one cares about the million excess Americans that have died and the millions that will die.)

**Our government is responsible for YouTube, Facebook and Twitter censoring Americans and violating their Constitutional Rights, specifically the First Amendment. The censorship is compounded because Americans cannot compete with the for-profit media. Compare Fox News and The New York Times.**

I do not understand why social media started censoring Americans when they were protected by: Section 230 which is a section of Title 47 of the United States Code. *"Section 230 says that "No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider" (47 U.S.C. § 230)."*

The censorship started in the spring of 2015. What did our government offer social media or where threats made?

We would not be in the Pandemic if the Supreme Court had ordered a response to any of my four Writs:
- 14-10077 - Petition for a Writ of Mandamus and/or Prohibition.
- 16-5869 - Petition for a Writ of Certiorari (Jeffrey Bossert Clark is in the news and is being subpoenaed by Congress for his participation in the January 6th, 2021, Capital Riot/Insurrection. Mr. Clark entered an appearance in this case and yet he and BP were not parties. See attachment.)
- 16-6345 - Petition for a Writ of Mandamus and/or Prohibition.
- 16-6278 - Petition for a Writ of Mandamus and/or Prohibition.

The Consolidation should take place in the Southern District of Florida and 11th Circuit. Reference: USCA11 Case: 21-10371 Date Filed: 02/04/2021 Page: 1 of 142 pages - In the United States Court of Appeals for the Eleventh Circuit – David Christenson Plaintiff v. United States of America Defendant – Writ of Prohibition and Writ of Mandamus & Constitutional Question.

Attachment 1: My books that were removed from the Library of Congress: The United States Supreme Court and The Katrina Virus and The Reluctant Patriot. (Guidelines and background information for reading my emails.)

Attachment 2: My First Amendment thoughts (5) written by me in 2015.

Attachment 3: This information would be censored and not allowed on YouTube, Twitter, or Facebook.

Attachment 4: Supplemental Twenty-Five to my Writ 14-10077.

Attachment 5: The description of one of my first YouTube videos. I was classified as a terrorist by the DOJ in 2010.

Attachment 6: Attorney General Jeffrey Bossert Clark and BP. Cannot invent this.

Attachment 7: Future Attorney General and Ex-U.S. Attorney Matthew Whitaker was my defense attorney, and he gave away all of y rights. I did not know who he was.

Attachment 8: Pages 1 and 10 of 142 from 11th Circuit and Supreme Court.

Attachment 9: **V367 YouTube stood by me and the 1st Amendment. Huge victory against Obama. Katrina Virus.**

Attachment 10: The United States Air Force Academy barred me for life and the "Gain of Function" experiment that I was a part of when I was there. (First page of a pleading in the Senator Rand Paul NSA Class Action Complaint. He is doctor and he has protected the coverup.)

Godspeed / Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 14th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 14th, 2021.

(On File)

David Andrew Christenson