DAVID H. KRAMER, SBN 168452
MENG JIA YANG, SBN 311859
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mjyang@wsgr.com

BRIAN M. WILLEN (*pro hac vice*)
BENJAMIN D. MARGO (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com
Email: bmargo@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI

[*Additional Counsel on Signature Page*]

ANDREI POPOVICI, SBN 234820
MARIE FIALA, SBN 79676
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd., #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

Attorneys for Plaintiffs
DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, FRANK VALENTINE, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, and FRANK VALENTINE,<br><br>  Plaintiffs,<br><br>  v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>  Defendants. | CASE NO.: 4:21-cv-08009-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION AND MOTION TO DISMISS** |

1    Pursuant to Civil Local Rules, 6-1, 6-2, and 7-12, and the Court's Civil Standing Order,
2  Plaintiffs Donald J. Trump, Kelly Victory, Austen Fletcher, American Conservative Union,
3  Andrew Baggiani, Maryse Veronica Jean-Louis, Naomi Wolf, and Frank Valentine, and
4  Defendants YouTube, LLC and Sundar Pichai (collectively, the "Parties"), by and through their
5  undersigned counsel of record submit the following Stipulation:
6    WHEREAS, on July 7, 2021, certain of the Plaintiffs filed the Complaint in this action in
7  the U.S. District Court for the Southern District of Florida, seeking an injunction and damages
8  against Defendants for alleged violation of the First Amendment to the United States
9  Constitution and a declaratory judgment that 47 U.S.C. § 230 is unconstitutional, and seeking to
10 represent a nationwide class (Dkt. 1);
11   WHEREAS, on July 7, 2021, Plaintiff Donald J. Trump and others filed similar
12 complaints in *Donald J. Trump et al. v. Facebook, Inc. and Mark Zuckerberg*, No. 1:21-cv-
13 22440 (S.D. Fla.), and *Donald J. Trump et al. v. Twitter, Inc. and Jack Dorsey*, No. 1:21-cv-
14 22441 (S.D. Fla.), both of which also seek an injunction and damages for alleged violations of
15 the First Amendment to the United States Constitution and declaratory judgments that 47 U.S.C.
16 § 230 is unconstitutional, and seeking to represent nationwide classes;
17   WHEREAS, on July 9, 2021, Plaintiffs gave notice to the United States Government
18 pursuant to Fed. R. Civ. P. 5.1(a) that their Complaint draws into question the constitutionality of
19 a federal statute (Dkt. 7);
20   WHEREAS, Plaintiffs filed the Amended Complaint on July 27, 2021, reasserting their
21 First Amendment and Declaratory Judgment Act claims and adding two new claims under
22 Florida law, including under Florida's recently enacted "Stop Social Media Censorship Act"
23 (Dkt. 21);
24   WHEREAS, a constitutional challenge to Florida's "Stop Social Media Censorship Act"
25 is currently pending in the United States District Court for the Northern District of Florida,
26 which preliminarily enjoined enforcement of the Act by the State Defendants on June 30, 2021,
27 *NetChoice, LLC v. Moody*, 2021 WL 2690876, at *11-12 (N.D. Fla. June 30, 2021) (Hinkle, J.),
28

STIPULATION AND [PROPOSED] ORDER                          CASE NO.: 4:21-cv-08009-JSW

*appeal docketed*, No. 21-12355 (11th Cir. July 13, 2021); the order granting the preliminary injunction has been appealed to the United States Court of Appeal for the Eleventh Circuit;

WHEREAS, on August 16, 2021, Plaintiff Donald J. Trump was granted permission by Judge K. Michael Moore of the United States District Court for the Southern District of Florida to file a Motion for Preliminary Injunction of up to 30 pages, excluding the title page, indices of cases, table of contents, and exhibits, in excess of the default page limits allowed under that Court's Local Rules (Dkts. 32-34);

WHEREAS, on August 23, 2021, Plaintiff Donald J. Trump filed a Motion for Preliminary Injunction, which was 30 pages in length excluding the title page, indices of cases, and table of contents, and accompanied by 183 exhibits (Dkts. 43, 45);

WHEREAS, on August 31, 2021, Plaintiffs sought waivers of service under Fed. R. Civ. P. 4(d) from Defendants, which were signed on behalf of YouTube and Mr. Pichai on August 31, 2021, setting Defendants' deadline to answer or otherwise respond to the Amended Complaint at November 1, 2021 (Dkts. 61-62);

WHEREAS, on September 2, 2021, Judge Moore granted Defendants' motion to defer setting a briefing schedule on the Motion for Preliminary Injunction pending the Court's ruling on Defendants' forthcoming motion to transfer the case from the Southern District of Florida to this Court pursuant to 28 U.S.C. § 1404(b) and the forum-selection clause in the YouTube Terms of Service agreement (Dkt. 56);

WHEREAS, on September 2, 2021, Judge Moore stayed the deadline for the United States Government to intervene in this action pursuant to Fed. R. Civ. P. 5.1(c), pending a ruling on Defendants' forthcoming motion to transfer (*id.*);

WHEREAS, on September 17, 2021 Defendants filed a motion to transfer this action from the Southern District of Florida to this Court pursuant to 28 U.S.C. § 1404(b) (Dkt. 64);

WHEREAS, on October 5, 2021, the parties filed a Joint Scheduling Report in which they proposed to defer setting a full calendar of case deadlines until after resolution of the Defendants' pending motion to transfer to the Northern District of California (Dkt. 69);

1    WHEREAS, on October 6, 2021, Judge Moore granted Defendants' motion to transfer
2    pursuant to 28 U.S.C. § 1404(b) and denied all pending motions, including the Motion for
3    Preliminary Injunction, as moot in light of the order granting the motion to transfer (Dkt. 70);
4    WHEREAS, the action was transferred to this District on October 13, 2021 (Dkt. 71);
5    WHEREAS, following the recusal of two other Judges of this Court, this case was
6    assigned to the Honorable Jeffrey S. White on October 21, 2021 (Dkt. 88);
7    WHEREAS, Plaintiff Donald J. Trump has indicated his intention to renew his Motion
8    for Preliminary Injunction in this Court;
9    WHEREAS, Defendants intend to respond to Plaintiffs' Amended Complaint by filing a
10   motion to dismiss all claims pursuant to Fed. R. Civ. P. 12(b)(6) and to oppose Plaintiff's
11   renewed Motion for Preliminary Injunction;
12   WHEREAS, the Parties anticipate that briefing on the Plaintiffs' Motion for Preliminary
13   Injunction and Defendants' anticipated motion to dismiss will involve multiple complex issues of
14   law, including a constitutional challenge to a federal statute (47 U.S.C. § 230), as to which the
15   United States Government may wish to intervene to express its views, and the parties and the
16   Court will benefit from increasing the default page limits and enlarged time for briefing these
17   threshold legal issues;
18   WHEREAS, the Parties believe that the presentation of the threshold legal issues raised
19   by this case will be more efficient if briefing is combined on the Motion for Preliminary
20   Injunction and Defendants' motion to dismiss.
21   WHEREAS, counsel to the Parties have reviewed the ADR Local Rules and the
22   Alternative Dispute Resolution Procedures Handbook, and the parties agree that ADR processes
23   such as Early Neutral Evaluation, Mediation, and/or a Settlement Conference are unlikely to be
24   beneficial, and that settlement of the case is unlikely;
25   WHEREAS, there has been no previous modification of Defendants' deadline to answer
26   or otherwise respond to the Amended Complaint;
27   WHEREAS, there is currently no case schedule in place, or any briefing schedule for
28   Plaintiffs' Motion for Preliminary Injunction; and

WHEREAS, the Parties agree that they will benefit from and not be prejudiced by the schedule contemplated in this stipulation;

NOW, THEREFORE, the Parties hereby stipulate and respectfully ask the Court to enter the attached proposed order, which provides that:

1. Defendants' deadline to answer or otherwise respond to the Amended Complaint shall be extended to December 2, 2021.

2. Plaintiffs' Preliminary Injunction Motion (Dkt. 43) shall be considered refiled in this Court as is, namely 30 pages in length, excluding title page, indices of cases, table of contents, and exhibits, after being denied as moot in the Southern District of Florida;

3. Defendants' deadline to oppose Plaintiffs' Preliminary Injunction Motion shall be December 2, 2021.

4. Defendants shall file their opposition to Plaintiffs' Preliminary Injunction Motion and their anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) in a single combined brief, not to exceed 35 pages, excluding title page, indices of cases, table of contents, and exhibits.

5. Plaintiffs' shall file their Reply in support of their Preliminary Injunction Motion, along with their opposition to Defendants' anticipated motion to dismiss, in a single combined brief, not to exceed 35 pages, excluding title page, indices of cases, table of contents and exhibits, by January 12, 2022.

6. Defendants shall file their reply in support of their anticipated motion to dismiss, not to exceed 20 pages, excluding title page, indices of cases, table of contents, and exhibits, by February 4, 2022.

7. Any hearing on the Motion for Preliminary Injunction and/or motion to dismiss shall be held at the earliest available hearing date on or after February 18, 2022.

8. The Parties' deadlines to prepare a case management statement and a conference pursuant to Local Civil Rule 16 and Federal Rule of Civil Procedure 26, any calendared dates for a conference with the Court regarding discovery, and any ADR deadlines shall be stayed pending

1 | this Court's resolution of the Motion for Preliminary Injunction and Defendants' forthcoming
2 | motion to dismiss.

3 |                                       Respectfully submitted.

4 | Dated:  October 28, 2021              WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                          By:  _____/s/ Brian M. Willen_____
                                                   Brian M. Willen
                                                   bwillen@wsgr.com

                                          AMIT Q. GRESSEL, SBN 307663
                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
                                          One Market Plaza
                                          Spear Tower, Suite 3300
                                          San Francisco, CA 94105-1126
                                          Telephone:  (415) 947-2000
                                          Facsimile:  (415) 947-2099
                                          Email:  agressel@wsgr.com

                                          STEFFEN N. JOHNSON (*admitted pro hac vice*)
                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
                                          1700 K Street NW, Fifth Floor
                                          Washington, DC 20006-3817
                                          Telephone:  (202) 973-8800
                                          Facsimile:  (202) 973-8899
                                          Email:  sjohnson@wsgr.com

                                          Attorneys for Defendants
                                          YOUTUBE, LLC and SUNDAR PICHAI

Dated:  October 28, 2021                  LAW OFFICE OF ANDREI D. POPOVICI, P.C.

                                          By:  _____/s/ Andrei Popovici_____
                                                   Andrei Popovici
                                                   andrei@apatent.com

                                          Frank C. Dudenhefer , Jr.
                                          THE DUDENHEFER LAW FIRM L.L.C.
                                          2721 Saint Charles Avenue, Suite 2A
                                          New Orleans, LA 70130
                                          Telephone:  (504) 616-5226
                                          Email:  fcdlaw@aol.com

                                          John P. Coale
                                          2901 Fessenden Street NW
                                          Washington, DC 20008
                                          Telephone:  (202) 255-2096
                                          Email:  johnpcoale@aol.com

John Q. Kelly
THE KELLY GROUP, P.C.
516 Fifth Avenue
New York, NY 10036
Telephone: (212) 704-0500
Email: jqkelly@ibolaw.com

Michael J. Jones
Ryan Tougias
Roland A. Paul
Sean M. Hamill
IVEY, BARNUM & O'MARA
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: mjones@ibolaw.com
Email: rtougias@ibolaw.com
Email: rpaul@ibolaw.com

Richard Polk Lawson
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

Matthew Lee Baldwin
VARGAS GONZALEZ HEVIA BALDWIN, LLP
815 Ponce de Leon Blvd.
Third Floor
Coral Gables, FL 33134
Telephone: (305) 631-2528
Facsimile: (305) 631-2741
Email: MBaldwin@VargasGonzalez.com

**ATTORNEY ATTESTATION**

I, Brian M. Willen, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By:   */s/ Brian M. Willen*
       Brian M. Willen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

1. Plaintiffs' Preliminary Injunction Motion (Dkt. 43) in its present form, namely thirty (30) pages in length, excluding title page, indices of cases, table of contents, and exhibits, shall be considered re-filed in this Court after being denied as moot in the Southern District of Florida.

2. Defendants' deadline to answer or move to dismiss the Amended Complaint is extended to December 2, 2021.

3. Defendants shall file their opposition to Plaintiff's Motion for Preliminary Injunction and any motion to dismiss the Amended Complaint, in a single brief not to exceed 35 pages excluding title page, indices of cases, table of contents, and exhibits, by December 2, 2021.

4. Plaintiffs shall reply in further support of the Motion for Preliminary Injunction and oppose Defendants' motion to dismiss the Amended Complaint, in a single brief not to exceed 35 pages excluding title page, indices of cases, table of contents, and exhibits, by January 12, 2022.

5. Defendants shall reply in further support of the motion to dismiss the Amended Complaint, in a brief not to exceed 20 pages excluding title page, indices of cases, table of contents, and exhibits, by February 4, 2022.

6. Any hearing on the Motion for Preliminary Injunction and/or Defendant's motion to dismiss the Amended Complaint shall be set for the earliest available hearing date on or after February 18, 2022.

7. The Parties' deadlines to prepare a case management statement and to confer pursuant to Local Civil Rule 16 and Federal Rule of Civil Procedure 26, along with any ADR deadlines, are hereby STAYED pending resolution of the Motion for Preliminary Injunction and Defendants' forthcoming motion to dismiss the Amended Complaint.

Dated: _____

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE