| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MENG JIA YANG, SBN 311859<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>Email: mjyang@wsgr.com | BRIAN M. WILLEN (*admitted pro hac*)<br>BENJAMIN D. MARGO (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: bmargo@wsgr.com |
| AMIT Q. GRESSEL, SBN 307663<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: agressel@wsgr.com | STEFFEN N. JOHNSON (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006-3817<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: sjohnson@wsgr.com |

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, and FRANK VALENTINE,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>Defendants. | CASE NO.: 4:21-cv-08009-JSW<br><br>**RESPONSE TO "MOTION FOR LEAVE TO FILE - MOTION TO CONSOLIDATE AND MOTION TO INTERVENE AND JOIN" BY THIRD-PARTY DAVID ANDREW CHRISTENSON** |

On October 18, 2021, Magistrate Judge Nathaniel M. Cousins notified the parties that "[t]he Court has received a 59-page 'Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join' submitted by third-party David Andrew Christenson. The Court will permit filing of the first three pages of the filing, which is Christenson's motion. The parties are ordered to respond to the motion by November 1, 2021." Dkt. 75. The first three pages of Mr. Christenson's *pro se* submission were then filed as Docket 76.

Defendants respectfully submit that the submission requires no action by the Court.

To the extent the submission can be construed as a motion at all, Defendants construe it as a motion for leave to file ten attachments. *See* Dkt. 76 at 3. This is moot. Magistrate Judge Cousins has already ordered the attachments stricken under Federal Rule of Civil Procedure 12(f)(1), "finding them to be redundant, immaterial, impertinent, and scandalous." Dkt. 75. And though the submission is also styled as a combined "Motion to Consolidate and Motion to Intervene and Join," even charitably construed it contains nothing that could be understood as an intervention motion. To the extent it is nonetheless construed as a motion to intervene, it should be denied. Such motions "must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c). Mr. Christenson's submission does not articulate grounds for intervention and is not accompanied by a pleading of any kind.

Respectfully submitted

Dated: October 28, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Brian M. Willen
     Brian M. Willen
     bwillen@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI