| | |
|---|---|
| ANDREI POPOVICI (234820) | JOHN P. COALE |
| MARIE FIALA (79676) | 2901 Fessenden Street NW |
| LAW OFFICE OF ANDREI D. POPOVICI, P.C. | Washington, DC 20008 |
| 2121 North California Blvd. #290 | Telephone: (202) 255-2096 |
| Walnut Creek, CA 94596 | Email: johnpcoale@aol.com |
| Telephone: (650) 530-9989 | |
| Facsimile: (650) 530-9990 | JOHN Q. KELLY |
| Email: andrei@apatent.com | THE KELLY GROUP, P.C. |
| Email: marie@apatent.com | 516 Fifth Avenue |
| | New York, NY 10036 |
| FRANK C. DUDENHEFER , JR. (*pro hac vice*) | Telephone: (212) 704-0500 |
| THE DUDENHEFER LAW FIRM L.L.C. | Email: jqkelly@ibolaw.com |
| 2721 Saint Charles Avenue, Suite 2A | |
| New Orleans, LA 70130 | |
| Telephone: (504) 616-5226 | |
| Email: fcdlaw@aol.com | |

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs
DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, FRANK VALENTINE, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, FRANK VALENTINE, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br>Defendants. | Case No: 4:21-cv-08009-JSW<br><br>**PLAINTIFFS' RESPONSE TO "MOTION FOR LEAVE TO FILE--MOTION TO CONSOLIDATE AND MOTION TO INTERVENE AND JOIN" BY THIRD PARTY DAVID ANDREW CHRISTENSON**<br><br>Hon. Jeffrey S. White |

PLAINTIFFS' RESPONSE TO "MOTION FOR LEAVE TO FILE--MOTION TO CONSOLIDATE AND MOTION TO INTERVENE AND JOIN" BY THIRD PARTY DAVID ANDREW CHRISTENSON

Case No. 4:21-cv-08009-JSW

David Andrew Christenson was permitted to file *pro se* three pages of his 59-page submission, apparently entitled "Motion for Leave to File – Motion to Consolidate and Motion to Intervene and Join." Dkt. 76. The parties must respond by November 1, 2021. Dkt. 75. Plaintiffs respectfully submit that the submission is incoherent, and does not appear to meet the requirements of Fed. R. Civ. P. 24(c). For example, Christenson asserts that "We would not be in the Pandemic if the Supreme Court had ordered a response to any of my four writs." Dkt. 76, page 2. The pleading, if construed as a motion of some kind, should be stricken or denied as moot. The Court has the power to deny the motion for leave as pled, especially because this pleading requires no action by the Court.

This Court's denial of Christenson's purported Motion would likely not ultimately deny him an opportunity to redress any purported injuries that would be germane to this action. Plaintiffs do not respond to or take a position on any of the merits or assertions in the purported motion. To the extent the Court deems an action is necessary, Plaintiffs request that this motion be stricken or denied as moot.

Dated: October 29, 2021

Respectfully submitted,

LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:  */s/ Andrei D. Popovici*
    Andrei D. Popovici (234820)
    andrei@apatent.com

MICHAEL J. JONES
RYAN TOUGIAS
ROLAND A. PAUL
SEAN M. HAMILL
IVEY, BARNUM & O'MARA
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000

PLAINTIFFS' RESPONSE TO "MOTION FOR LEAVE TO FILE--MOTION TO CONSOLIDATE AND MOTION TO INTERVENE AND JOIN" BY THIRD PARTY DAVID ANDREW CHRISTENSON

Case No. 4:21-cv-08009-JSW

| | |
|---|---|
| 1 | RICHARD POLK LAWSON *(pro hac vice)* |
| 2 | GARDNER BREWER MARTINEZ MONFORT 400 North Ashley Drive |
| 3 | Suite 1100 |
| | Tampa, FL 33602 |
| 4 | Telephone: (813) 221-9600 |
| 5 | Facsimile: (813) 221-9611 |
| | Email: rlawson@gbmmlaw.com |
| 6 | |
| | MATTHEW LEE BALDWIN |
| 7 | VARGAS GONZALEZ HEVIA BALDWIN, LLP |
| 8 | 815 Ponce de Leon Blvd. |
| | Third Floor |
| 9 | Coral Gables, FL 33134 |
| 10 | Telephone: (305) 631-2528 |
| | Facsimile: (305) 631-2741 |
| 11 | Email: MBaldwin@VargasGonzalez.com |
| 12 | *Attorneys for Plaintiffs* |

PLAINTIFFS' RESPONSE TO "MOTION FOR LEAVE TO FILE--MOTION TO CONSOLIDATE AND MOTION TO INTERVENE AND JOIN" BY THIRD PARTY DAVID ANDREW CHRISTENSON

Case No. 4:21-cv-08009-JSW

# CERTIFICATE OF SERVICE

I hereby certify that today I served PLAINTIFFS' RESPONSE TO "MOTION FOR LEAVE TO FILE--MOTION TO CONSOLIDATE AND MOTION TO INTERVENE AND JOIN" BY THIRD PARTY DAVID ANDREW CHRISTENSON by placing the document in a sealed envelope with sufficient postage and mailing the envelope with the United States Postal Service to the address:

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550

Dated: October 29, 2021

By:  /s/ *Andrei D. Popovici*
      Andrei D. Popovici

PLAINTIFFS' RESPONSE TO "MOTION FOR LEAVE TO FILE--MOTION TO CONSOLIDATE AND MOTION TO INTERVENE AND JOIN" BY THIRD PARTY DAVID ANDREW CHRISTENSON

Case No. 4:21-cv-08009-JSW