| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MENG JIA YANG, SBN 311859<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>Email: mjyang@wsgr.com | BRIAN M. WILLEN (*admitted pro hac*)<br>BENJAMIN D. MARGO (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: bmargo@wsgr.com |
| AMIT Q. GRESSEL, SBN 307663<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: agressel@wsgr.com | STEFFEN N. JOHNSON (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006-3817<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: sjohnson@wsgr.com |

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, and FRANK VALENTINE,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>Defendants. | CASE NO.: 4:21-cv-08009-JSW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND NOTICE OF CHANGE IN COUNSEL**<br><br>Hon. Jeffrey S. White |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE,** pursuant to Civil Local Rules 5-1(c)(2)(C) and 11-5, that Jay B. Shapiro (Florida Bar No. 776361), Abigail G. Corbett (Florida Bar No. 31332) and Douglas L. Kilby (Florida Bar No. 0073407), of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., have ceased to be involved as counsel in this case and are withdrawing as counsel of record for Defendants YouTube, LLC and Sundar Pichai. They should be removed from the Court's service list with respect to this action. YouTube, LLC and Sundar Pichai have been provided notice of this withdrawal and will continue to be represented by all other attorneys listed on the caption page.

Dated: November 3, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Brian M. Willen_____
Brian M. Willen
bwillen@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI