United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al., | Case No. 21-cv-08009-JSW |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO CONSOLIDATE AND INTERVENE AND DENYING MOTION FOR RECONSIDERATION** |
| YOUTUBE LLC, et al., | |
| Defendants. | Re: Dkt. No. 76, 92 |

Now before the Court is a submission by David Andrew Christenson, a pro se third-party, entitled Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join. (Dkt. No. 76.) The Court has previously permitted the filing of the first three pages of the filing and struck the attachments. (Dkt. No. 75.) Also before the Court is Mr. Christenson's motion for reconsideration of the Court's order striking the attachments. (Dkt. No. 92.)

The Court DENIES Mr. Christenson's motion to intervene in this matter on the basis that his submissions do not "state the grounds for intervention" and are not "accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c). The Court again finds that the attachments filed in conjunction with Mr. Christenson's motions to be redundant, immaterial, impertinent, and scandalous. *See* Fed. R. Civ. P. 12(f)(1). Accordingly, the Court DENIES the motion for reconsideration of the Court's order striking the attachments.

The Court instructs Mr. Christenson to refrain from filing additional, similar materials. The materials already submitted in conjunction with Mr. Christenson's previous filings will not be entered in the Court record.

**IT IS SO ORDERED.**

Dated:  November 4, 2021

_____
JEFFREY S. WHITE
United States District Judge