**ARMENTA & SOL, PC**
M. Cris Armenta (Cal. SBN 177403)
Credence E. Sol (Cal. SBN 219784)
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Telephone: (858) 753-1724
Facsimile: (310) 695-2560
cris@crisarmenta.com
credence@crisarmenta.com

Attorneys for Plaintiffs DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUS, NAOMI WOLF, AND FRANK VALENTINE INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUS, NAOMI WOLF, AND FRANK VALENTINE INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>          Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>          Defendants. | Case No.: 4:21-CV-08009-JSW<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney will now appear on behalf of the Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs:

M. Cris Armenta
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Telephone: (858) 753-1724
Facsimile: (310) 695-2560
Email: cris@crisarmenta.com

M. Cris Armenta (aka Maria Cristina Armenta, Cal. State Bar No. 177403) is admitted to practice and in good standing in the Northern District of California.

Dated: November 4, 2021         ARMENTA & SOL, PC


                                By:  */s M. Cris Armenta*
                                        M. Cris Armenta
                                        Attorneys for Plaintiffs