| | |
|---|---|
| PATRICK J. CAROME (*pro hac vice*) | THOMAS G. SPRANKLING |
| patrick.carome@wilmerhale.com | CA Bar No. 294831 |
| ARI HOLTZBLATT (*pro hac vice*) | thomas.sprankling@wilmerhale.com |
| ari.holtzblatt@wilmerhale.com | WILMER CUTLER PICKERING |
| WILMER CUTLER PICKERING |   HALE AND DORR LLP |
|   HALE AND DORR LLP | 2600 El Camino Real, Suite 400 |
| 1875 Pennsylvania Avenue, NW | Palo Alto, California 94306 |
| Washington, D.C. 20006 | Telephone: (650) 858-6062 |
| Telephone:  (202) 663-6000 | Facsimile:  (650) 858-6100 |
| Facsimile:  (202) 663-6363 | |

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (202) 663-6363

*Attorneys for Interested Parties*
*Twitter, Inc. and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>             Plaintiffs,<br>   v.<br><br>YOUTUBE, LLC, *et al.*,<br><br>             Defendants. | Case No: 4:21-cv-08009-JSW<br><br>**OPPOSITION OF INTERESTED PARTIES TWITTER, INC. AND JACK DORSEY TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

      Twitter, Inc. ("Twitter") and Jack Dorsey, the defendants in *Trump et al. v. Twitter, Inc. et al.,* No. 21-cv-08378-JD—a separate, independently filed case that is now pending before the Honorable James Donato—through their undersigned counsel, hereby oppose Plaintiffs' Administrative Motion To Consider Whether Cases Should Be Related (Dkt. 118).  Twitter and Mr. Dorsey agree with the reasons for denying the Administrative Motion that have been set

forth in the opposition filed earlier today by YouTube, LLC and Sundar Pichai (Dkt. 120), which Twitter and Mr. Dorsey hereby adopt and incorporate by reference.

Dated: November 15, 2021

Respectfully Submitted,

/s/ *Thomas G. Sprankling*

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Attorneys for Interested Parties*
*Twitter, Inc., and Jack Dorsey*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

Dated:   November 15, 2021                           By:     /s/ *Thomas G. Sprankling*
                                                                          Thomas G. Sprankling