UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DONALD TRUMP, et al., *Plaintiffs*, vs. YOUTUBE, LLC., et al., *Defendants*. | Case No. 4:21-cv-8009-JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO SET DEADLINE FOR THE UNITED STATES' MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)**<br><br>Action Filed: July 7, 2021<br>Trial Date: None Set |

Having considered the Administrative Motion to Set Deadline for the United States' Memorandum in Defense of 47 U.S.C. § 230(c), and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant Motion is GRANTED.

The Court orders as follows:

The United States shall have until December 9, 2021, to file a memorandum in defense of 47 U.S.C. § 230(c).

**IT IS SO ORDERED.**

Dated: December 2, 2021

*/s/ Jeffrey S. White*