| | |
|---|---|
| ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com | DAVID H. KRAMER, SBN 168452 <br> MENG JIA YANG, SBN 311859 <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone: (650) 493-9300 <br> Facsimile: (650) 565-5100 <br> Email: dkramer@wsgr.com <br> Email: mjyang@wsgr.com |
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com | BRIAN M. WILLEN *(pro hac vice)* <br> BENJAMIN D. MARGO *(pro hac vice)* <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 1301 Avenue of the Americas, 40th Floor <br> New York, NY 10019-6022 <br> Telephone: (212) 999-5800 <br> Facsimile: (212) 999-5801 <br> Email: bwillen@wsgr.com <br> Email: bmargo@wsgr.com |
| JOHN Q. KELLY *(pro hac vice)* <br> MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: jqkelly@ibolaw.com <br> Email: mjones@ibolaw.com | |
| FRANK C. DUDENHEFER, JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com | AMIT Q. GRESSEL, SBN 307663 <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> One Market Plaza <br> Spear Tower, Suite 3300 <br> San Francisco, CA 94105-1126 <br> Telephone: (415) 947-2000 <br> Facsimile: (415) 947-2099 <br> Email: agressel@wsgr.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| *[Additional Counsel on Signature Page]* | *[Additional Counsel on Signature Page]* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE LLC, et al., <br><br> Defendants. | CASE N. 4:21-cv-08009-JSW <br><br> **STIPULATED REQUEST FOR AN ORDER POSTPONING BRIEFING DEADLINES** <br><br> Hon. Jeffrey S. White |

Plaintiffs Donald J. Trump, Kelly Victory, Austen Fletcher, American Conservative Union, Andrew Baggiani, Maryse Veronica Jean-Louis, Naomi Wolf, and Frank Valentine, and Defendants YouTube, LLC and Sundar Pichai (collectively, the "Parties"), by and through their undersigned counsel of record submit the following Stipulation:

WHEREAS, on October 29, 2021, the Court granted the Parties' **Stipulation Setting Briefing Schedule for Preliminary Injunction and Motion to Dismiss**, which provided in part that:

> 5. Plaintiffs shall file their Reply in support of their Preliminary Injunction Motion, along with their opposition to Defendants' anticipated motion to dismiss, in a single combined brief, not to exceed 35 pages, excluding title page, indices of cases, table of contents and exhibits, by January 12, 2022.
>
> 6. Defendants shall file their reply in support of their anticipated motion to dismiss, not to exceed 20 pages, excluding title page, indices of cases, table of contents, and exhibits, by February 4, 2022.;

WHEREAS, Plaintiffs have found it necessary to request an additional time beyond January 12 within which to file their Reply given that the recent COVID outbreak has diminished Counsel's ability to complete its briefing in a timely manner;

WHEREAS, the Parties agree that they will benefit from and not be prejudiced by extending these existing deadlines less than a week to January 17 and February 11, respectively; and

NOW, THEREFORE, the Parties hereby stipulate and respectfully ask the Court to enter the attached proposed order so as to allow the parties additional time to comply with Paragraphs 5 and 6, *supra*.

STIPULATED REQUEST FOR AN ORDER
POSTPONING BRIEFING DEADLINES

CASE NO. 4:21-cv-08009-JSW

| | | |
|---|---|---|
| 1 | DATED: January 11, 2022 | Respectfully submitted, |
| 2 | | /s/ *Brian M. Willen* |
| 3 | | Brian M. Willen<br>bwillen@wsgr.com |
| 4 | | STEFFEN N. JOHNSON (*admitted pro hac vice*) |
| 5 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | | 1700 K Street NW, Fifth Floor<br>Washington, DC 20006-3817 |
| 7 | | Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899 |
| 8 | | Email: sjohnson@wsgr.com |
| 9 | | *Attorneys for Defendants* |
| 10 | | /s/ *Andrei D. Popovici* |
| 11 | | Andrei D. Popovici<br>andrei@apatent.com |
| 12 | | RICHARD POLK LAWSON (*pro hac vice*) |
| 13 | | GARDNER BREWER MARTINEZ MONFORT<br>400 North Ashley Drive |
| 14 | | Suite 1100<br>Tampa, FL 33602 |
| 15 | | Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611 |
| 16 | | Email: rlawson@gbmmlaw.com |
| 17 | | *Attorneys for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Andrei D. Popovici, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: January 11, 2022    /s/ *Andrei D. Popovici*
Andrei D. Popovici

*Attorney for Plaintiffs*