# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al., | CASE N. 4:21-cv-08009-JSW |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER |
| YOUTUBE LLC, et al., | Hon. Jeffrey S. White |
| Defendants. | |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

Paragraphs 5 and 6 of the October 29, 2021 Scheduling Order are hereby amended so that henceforth same shall read as follows:

5. Plaintiffs shall file their Reply in support of their Preliminary Injunction Motion, along with their opposition to Defendants' motion to dismiss, in a single combined brief, not to exceed 35 pages, excluding title page, indices of cases, table of contents and exhibits, by January 17, 2022.

6 Defendants shall file their reply in support of their motion to dismiss, not to exceed 20 pages, excluding title page, indices of cases, table of contents, and exhibits, by February 11, 2022.

Dated: January 11, 2022

*/s/ Jeffrey S. White*

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE