| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com <br><br> JOHN Q. KELLY *(pro hac vice)* <br> MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: jqkelly@ibolaw.com <br><br> FRANK C. DUDENHEFER , JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com | ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com <br><br> RICHARD POLK LAWSON *(pro hac vice)* <br> GARDNER BREWER MARTINEZ MONFORT <br> 400 North Ashley Drive <br> Suite 1100 <br> Tampa, FL 33602 <br> Telephone: (813) 221-9600 <br> Facsimile: (813) 221-9611 <br> Email: rlawson@gbmmlaw.com |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDRES BIAGGIANI, MARYSE VERONICA JEAN-LOIUS, NAOMI WOLF, AND FRANK VALENTINE, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> Plaintiffs, <br> v. <br><br> YOUTUBE, LLC, and SUNDAR PICHAI, <br> Defendants | Case No: 4:21-CV-08009-JSW <br><br> **DECLARATION OF ANDREI POPOVICI AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** <br><br> Judge: Hon. Jeffrey S. White |

**DECLARATION OF ANDREI D. POPOVICI**

I, Andrei D. Popovici, declare as follows:

1.  I am an attorney admitted to practice before this Court and licensed to practice law in California.  I am counsel for the Plaintiffs in this action.  I make this Declaration in support of Plaintiff's Opposition to Motion to Dismiss and Motion for Preliminary Injunction.

2.  Exhibit A is a true and correct copy of excerpts from Unedited Transcript of the March 25, 2021 House Committee on Energy and Commerce Hearing <u>Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on Energy and Com.</u>, 117th Cong. (2021), downloaded from http://docs.house.gov/meetings/IF/IF16/20210325/111407/HHRG-117-IF16-Transcript-20210325.pdf.

3.  Exhibit B is a true and correct copy of the Opening Statement as Prepared for Delivery of Committee Chairman Frank Pallone, Jr. at the March 25, 2021 House Committee on Energy and Commerce Hearing <u>Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on Energy and Com.</u>, 117th Cong. (2021), downloaded from https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/Opening%20Statement_Pallone_CAT-CPC_2021.3.25_0.pdf.

4.  Exhibit C is a true and correct copy of the Opening Statement as Prepared for Delivery of Communications and Technology Subcommittee Chairman Mike Doyle at the March 25, 2021 House Committee on Energy and Commerce Hearing <u>Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on Energy and Com.</u>, 117th Cong. (2021), downloaded from https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/Opening%20Statement_Doyle_CAT-CPC_2021.3.25.pdf.

5.  Exhibit D is a true and correct copy of the Opening Statement as Prepared for Delivery of Consumer Protection and Commerce Subcommittee Chair Janice D. Schakowsky at the March 25, 2021 House Committee on Energy and Commerce Hearing <u>Disinformation Nation:

1  Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on

2  Energy and Com., 117th Cong. (2021), downloaded from

3  https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/

4  Opening%20Statement_Schakowsky_CAT-CPC_2021.3.25_0.pdf.

5          6.      Exhibit E is a true and correct copy a Memorandum from Committee on Energy

6  and Commerce Staff, dated March 22, 2021, prepared for the March 25, 2021 House Committee

7  on Energy and Commerce Hearing Disinformation Nation: Social Media's Role in Promoting

8  Extremism and Misinformation": Hearing before H. Comm. on Energy and Com., 117th Cong.

9  (Memo From Comm. Staff), downloaded from

10 https://docs.house.gov/meetings/IF/IF16/20210325/111407/HHRG-117-IF16-20210325-

11 SD002.pdf.

12         7.      Exhibit F is a true and correct copy of Witness Testimony of Mr. Sundai Pichai,

13 Chief Executive Officer, Google, prepared for the March 25, 2021 House Committee on Energy

14 and Commerce Hearing Disinformation Nation: Social Media's Role in Promoting Extremism

15 and Misinformation": Hearing before H. Comm. on Energy and Com., 117th Cong., downloaded

16 from http://docs.house.gov/meetings/IF/IF16/20210325/111407/HHRG-117-IF16-Wstate-

17 PichaiS-20210325-SD001.pdf.

18         8.      Exhibit G is a true and correct copy of Alphabet Inc. Form 10-K dated 2/3/2021,

19 filed for the year ended 12/31/2020, downloaded from

20 https://www.sec.gov/Archives/edgar/data/1652044/000165204421000010/goog-20201231.htm.

21         9.      Exhibit H is a true and correct transcription of part of the October 28, 2020 U.S.

22 Senate Committee on Science, Technology and Transportation Hearing Does Section 230's

23 Sweeping Immunity Enable Big Tech Bad Behavior: Hearing before S. Comm. on Commerce,

24 Science and Transportation, 117th Cong., video/audio reviewed at

25 https://www.commerce.senate.gov/2020/10/does-section-230-s-sweeping-immunity-enable-big-

26 tech-bad-behavior.

27

28

DECLARATION OF ANDREI POPOVICI AND
REQUEST FOR JUDICIAL NOTICE                    2                   Case No. 4:21-cv-08009-JSW

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on January 17, 2022, in Dripping Springs, Texas.

By: */s/ Andrei D. Popovici*
Andrei D. Popovici

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs ask the Court to take judicial notice of the documents described in the above Declaration of Andrei Popovici in support of Plaintiffs' Opposition to Motion to Dismiss:

Under Fed. R. Evid. 201, a court "may judicially notice a fact that is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See Santa Monica Food Not Bombs v. City of Santa Monica,* 450 F.3d 1022, 1026 n.2 (9th Cir. 2006). Facts contained in public records are considered appropriate subjects of judicial notice, including the records and reports of administrative bodies. *Id. See also* United States v. *Ritchie,* 342 F.3d 903, 909 (9th Cir. 2003). In particular, judicial notice is appropriate under Fed. R. Evid. 201(b)(2) for information obtained from official governmental websites. *Paralyzed Veterans of Am. V. McPherson,* 2008 WL 4183981, at *5 (N.D. Cal. Sept. 8, 2008) (court took judicial notice of information from official government websites, citing multiple decisions from federal circuits and district courts).

A court may consider judicially noticeable materials without converting a motion to dismiss into a motion for summary judgment. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988). Furthermore, under the "incorporation by reference" doctrine, a court may "take into account documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005).

The March 25, 2021 Congressional Hearing (Exhs. A-F) is referenced in Plaintiffs' First Amended Complaint at FAC ¶¶ 67, 71 (Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing before H. Comm. on Energy and Com., 117th Cong.

DECLARATION OF ANDREI POPOVICI AND
REQUEST FOR JUDICIAL NOTICE                         3                    Case No. 4:21-cv-08009-JSW

1  (2021)). The October 28, 2020 Senate Hearing (Exh. H) is referenced in Plaintiffs' First Amended Complaint at FAC ¶ 67 (<u>Does Section 230's Sweeping Immunity Enable Big Tech Bad Behavior: Hearing before S. Comm. on Commerce, Science and Transportation</u>, 117th Cong. (2020)). The Court may take judicial notice of these governmental records on a motion to dismiss. *Judan v. Wells Fargo Bank, National Association*, 2017 WL 3115172, at *1 (N.D. Cal. July 21, 2017), citing *Mack v. S. Bay Beer Distrib., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986), *abrogated on other grounds by Astoria Fed. Sav. Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).

Regarding Exhibit G, the Court may take judicial notice of the content of the Securities and Exchange Commission Form 10-K, and the fact that it was filed with the agency. *Gerritsen v. Warner Bros Entertainment Inc.*, 112 F. Supp.3d 1011, 1031-1032 (C.D. Cal. Jan. 30, 2015). ("Defendants […] contend that "Ms. Gerritsen cannot amend her complaint by attaching [corporate disclosure documents] to her brief in opposition to defendants' Motion to Dismiss." Courts can consider securities offerings and corporate disclosure documents that are publicly available. *See Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n. 7 (9th Cir.2008). *See also Lovelace v. Software Spectrum Inc.*, 78 F.3d 1015, 1018 (5th Cir.1996) ("When deciding a motion to dismiss ..., a court may consider the contents of relevant public disclosure documents which (1) are required to be filed with the SEC, and (2) are actually filed with the SEC. Such documents should be considered only for the purpose of determining what statements the document contain, not to prove the truth of the documents' contents," citing *Hennessy v. Penril Datacomm Networks, Inc.*, 69 F.3d 1344, 1354–55 (7th Cir.1995)).

Plaintiffs respectfully ask that the Court take judicial notice of the existence and contents of the documents submitted as Exhibits A-H.

Dated: January 17, 2022          Respectfully submitted,

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:  /s/ *Andrei D. Popovici*
　　　Andrei D. Popovici

JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*