| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER, JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER HUDSON, P.A.<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP et al.<br><br>                Plaintiffs,<br>v.<br><br>YOUTUBE, LLC et al.,<br><br>                Defendants. | Case No: 4:21-cv-08009-JSW<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFF DONALD J. TRUMP'S RESPONSE IN OPPOSITION TO THE MOTION AND MEMORANDUM OF LAW BY INTERVENOR UNITED STATES OF AMERICA IN SUPPORT OF THE CONSTITUTIONALITY OF 47 U.S.C. § 230(c)**<br><br>Judge: Hon. Jeffrey S. White |

1  Donald J. Trump requests leave to file a response (the "Response") to the Motion to Intervene and Memorandum of Points and Authorities in Support of the Constitutionality of 47 U.S.C. § 230(c) (Fed. R. Civ. P. Rule 5.1) (the "USA Motion") filed by the United States of America (the "USA" or "Government") on December 9, 2021, Document 132 ("Dkt. 132"), for the following reasons.

Plaintiffs' First Amended Complaint challenges the construction and constitutionality of Section 230. As noted in the Government's Motion to Intervene, Plaintiff also asserts said unconstitutionality as applied in his Motion for Preliminary Injunction. (USA Mot. at 1). Therefore, Plaintiff should be allowed to respond to the Government and address the issues raised in its Motion in order to demonstrate that the Government's arguments do not support their conclusion that Section 230 is constitutional. The United States has consented to the filing of Plaintiff's Response.

ACCORDINGLY, Plaintiff respectfully requests that the Court accept for filing the response attached hereto as Exhibit "1" and issue the [Proposed] Order Granting Plaintiff Leave to File the Response.

Dated: February 11, 2022

Respectfully submitted,

By:  /s/ John P. Coale
     John P. Coale

JOHN P. COALE (pro hac vice)
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY (pro hac vice)
MICHAEL J. JONES (pro hac vice)
RYAN TOUGIAS (pro hac vice)
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*