| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER HUDSON, P.A.<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, et al.<br><br>            Plaintiffs,<br>   v.<br>YOUTUBE LLC., et al.,<br>            Defendants. | Case No: 4-21-cv-08009-JSW<br><br>**DECLARATION OF FRANK C. DUDENHEFER, JR.**<br><br>Judge: Hon. Jeffrey S. White |

**DECLARATION OF FRANK C. DUDENHEFER, JR.**

I, Frank C. Dudenhefer, Jr., declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court and am a member in good standing of the Louisiana Bar.

2. I make this Declaration based on my own personal knowledge.

3. On February 8, 2022, I contacted via email counsel of record for the United States of America, Joshua Kolsky, requesting that the United States of America consent to Plaintiff's filing of a Motion for Leave to File Plaintiff's Response in Opposition to the Motion and Memorandum of Law of Intervenor United States of America in Support of the Constitutionality of 47 U.S.C. § 230(c).

4. My email exchange with Mr. Kolsky, attached as Exhibit A, shows that Mr. Kolsky consented to Plaintiff's filing.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on February 11, 2022, in New Orleans, Louisiana.

By: */s/ Frank C. Dudenhefer, Jr.*
Frank C. Dudenhefer, Jr.