# EXHIBIT A

**From:** fcdlaw@aol.com,
**To:** Joshua.kolsky@usdoj.gov,
**Cc:** jqkelly@ibolaw.com, johnpcoale@aol.com, marie.fiala@outlook.com, andrei@apatent.com, rlawson@gardnerbrewer.com,
**Subject:** Re: [EXTERNAL] USA INTERVENTION
**Date:** Thu, Feb 10, 2022 3:06 pm

Josh,

We substantially rewrote our reply and will file same in the three cases today. Based on your note below, we will represent the Government does not oppose the response filings.

Best,

Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm L.L.C.
2721 St Charles Ave, Suite 2A
New Orleans, LA 70130
(504) 616-5226


-----Original Message-----
From: Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>
To: fcdlaw@aol.com <fcdlaw@aol.com>
Cc: jqkelly@ibolaw.com <jqkelly@ibolaw.com>; johnpcoale@aol.com <johnpcoale@aol.com>; marie.fiala@outlook.com <marie.fiala@outlook.com>; andrei@apatent.com <andrei@apatent.com>; rlawson@gardnerbrewer.com <rlawson@gardnerbrewer.com>
Sent: Wed, Feb 9, 2022 6:44 pm
Subject: RE: [EXTERNAL] USA INTERVENTION

Frank,
The United States does not oppose Plaintiffs' request for leave to file the brief in these three cases.

Also, I think there may have been a miscommunication because I didn't intend to ask for a copy of the brief but instead just wanted to know when it would be filed (so that we could be sure it would be filed sufficiently in advance of the hearing).
Best regards,
Josh


**From:** fcdlaw@aol.com <fcdlaw@aol.com>
**Sent:** Tuesday, February 8, 2022 4:13 PM
**To:** Kolsky, Joshua (CIV) <Joshua.kolsky@usdoj.gov>
**Cc:** jqkelly@ibolaw.com; johnpcoale@aol.com; marie.fiala@outlook.com; andrei@apatent.com; rlawson@gardnerbrewer.com
**Subject:** [EXTERNAL] USA INTERVENTION

Josh,

You asked that you see our response memorandum to the interventions and briefs of the Government before same were filed with our request for leave to file.

Attached is a copy of the response to be filed in YouTube. Similar pleadings will be filed in Meta and Twitter.

May I represent to the Court that the USA does not oppose Plaintiffs' request for leave to file same in these three cases?

A response by COB tomorrow would be greatly appreciated.

Thank you for your cooperation.

Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm L.L.C.
2721 St Charles Ave, Suite 2A
New Orleans, LA 70130
(504) 616-5226