| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER HUDSON P.A.<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP et al.<br>         Plaintiffs,<br>v.<br>YOUTUBE, LLC et al.,<br>         Defendants. | Case No: 4:21-cv-08009-JSW<br><br>**ATTORNEY ATTESTATION UNDER LR 5-1(H)(3)**<br><br>Judge:          Hon. Jeffrey S. White |

**ATTORNEY ATTESTATION**

I, Andrei D. Popovici, am the ECF user whose user ID and password are being used to file these documents, including Plaintiff Donald J. Trump's Administrative Motion for Leave to File Plaintiff Donald J. Trump's Response in Opposition to the Motion and Memorandum of Law by Intervenor United States of America in Support of the Constitutionality of 47 U.S.C. §230(c), and associated documents.  Pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of these documents has been obtained from each of the other signatories.

Dated: February 11, 2022              Respectfully submitted,


                                      By:     */s/ Andrei D. Popovici*
                                              Andrei D. Popovici