**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, *et al.* <br><br> Plaintiffs, <br> v. <br><br> YOUTUBE, LLC, *et al.*, <br><br> Defendants. | Case No: 4:21-cv-08009-JSW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO UNITED STATES BRIEF RE. CONSTITUTIONALITY OF SECTION 230** <br><br> Judge: Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE RESPONSE TO USA BRIEF

4:21-cv-08009-JSW

1  After due consideration of the papers submitted, and good cause appearing therefore, it is
2  hereby **ORDERED** that:
3  Plaintiff's Administrative Motion for Leave to File Plaintiff's Response in Opposition to
4  the Motion and Memorandum of Law by Intervenor United States in Support of the
5  Constitutionality of 47 U.S.C. § 230(c) is **GRANTED**.
6  **IT IS SO ORDERED.**
7  Dated:  _____
8  HONORABLE JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER GRANTING                                              4:21-cv-08009-JSW
    PLAINTIFF'S ADMIN. MOTION FOR
    LEAVE TO FILE RESPONSE TO USA
    BRIEF