**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, *et al.* <br><br> Plaintiffs, <br> v. <br> YOUTUBE, LLC, *et al.*, <br><br> Defendants. | Case No: 4:21-cv-08009-JSW <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO UNITED STATES BRIEF RE. CONSTITUTIONALITY OF SECTION 230   AS MODIFIED <br><br> Judge: Hon. Jeffrey S. White |

1 | After due consideration of the papers submitted, and good cause appearing therefore, it is
2 | hereby **ORDERED** that:
3 | Plaintiff's Administrative Motion for Leave to File Plaintiff's Response in Opposition to
4 | the Motion and Memorandum of Law by Intervenor United States in Support of the
5 | Constitutionality of 47 U.S.C. § 230(c) is **GRANTED**. Defendants may file a reply, not to exceed five pages, by no later than March 4, 2022.
6 | **IT IS SO ORDERED.**
7 | Dated: February 21, 2022

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

28 | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE RESPONSE TO USA BRIEF            4:21-cv-08009-JSW