| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>LAUREN GALLO WHITE, SBN 309075<br>AMIT Q. GRESSEL, SBN 307663<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: lwhite@wsgr.com<br>Email: agressel@wsgr.com | BRIAN M. WILLEN (*admitted pro hac*)<br>BENJAMIN D. MARGO (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: bmargo@wsgr.com<br><br>STEFFEN N. JOHNSON (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006-3817<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: sjohnson@wsgr.com<br><br>Attorneys for Defendants<br>YOUTUBE, LLC and SUNDAR PICHAI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, and FRANK VALENTINE,<br><br>  Plaintiffs,<br><br>  v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>  Defendants. | CASE NO.: 4:21-cv-08009-JSW<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Hon. Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that MENG JIA YANG has ceased to be involved as counsel in this case and withdraws as attorney of record for Defendants YouTube, LLC and Sundar Pichai. She should be removed from the Court's service list for this case. Defendants will retain representation by the other listed counsel of record at Wilson Sonsini Goodrich & Rosati, P.C.

Respectfully submitted,

Dated: March 22, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Lauren Gallo White*
    Lauren Gallo White
    lwhite@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC AND SUNDAR PICHAI