| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, D.C. 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER HUDSON, P.A.<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>YOUTUBE, LLC, et al.,<br><br>　　　　　Defendants. | Case No: 4:21-CV-08009-JSW<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs submit this Statement of Recent Decision for the purpose of bringing to the Court's attention an opinion of the Ninth Circuit Court of Appeals in *Twitter, Inc. v. Paxton*, 26 F.4th 1119, 1124-26 (9th Cir. 2022). That decision rejected First Amendment protections for alleged misleading statements by Defendant Twitter, Inc. A true and correct copy of that decision is appended hereto. The decision was filed on March 2, 2022, after briefing was completed on Defendants' Motion to Dismiss the First Amended Complaint and on Plaintiff Donald Trump's Motion for a Preliminary Injunction.

Dated: March 31, 2022          Respectfully submitted,

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:     */s/ Andrei Popovici*
           Andrei Popovici


JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

| | |
|---|---|
| 1 | RICHARD POLK LAWSON (*pro hac vice*) |
| 2 | GARDNER BREWER MARTINEZ MONFORT |
| 3 | 400 North Ashley Drive |
| 4 | Suite 1100 |
|   | Tampa, FL 33602 |
| 5 | Telephone: (813) 221-9600 |
|   | Facsimile: (813) 221-9611 |
| 6 | Email: rlawson@gbmmlaw.com |
| 7 | *Attorneys for Plaintiffs* |

PLAINTIFFS' STATEMENT OF RECENT DECISION            2            Case No. 4:21-cv-08009-JSW