| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br><br>LAUREN GALLO WHITE, SBN 309075<br>AMIT Q. GRESSEL, SBN 307663<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: lwhite@wsgr.com<br>Email: agressel@wsgr.com | BRIAN M. WILLEN (*admitted pro hac*)<br>BENJAMIN D. MARGO (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: bmargo@wsgr.com<br><br>STEFFEN N. JOHNSON (*admitted pro hac*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006-3817<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: sjohnson@wsgr.com<br><br>Attorneys for Defendants<br>YOUTUBE, LLC and SUNDAR PICHAI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, and FRANK VALENTINE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>　　　　　　Defendants. | CASE NO.: 4:21-cv-08009-JSW<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISIONS**<br><br>Hon. Jeffrey S. White |

1    Defendants YouTube, LLC and Sundar Pichai respectfully submit this Statement of Recent
2    Decisions to bring to this Court's attention two recent orders granting motions to dismiss First
3    Amendment claims, one by The Honorable James Donato in *Trump v. Twitter, Inc.*, No. 3:21-cv-
4    08378 (Dkt. 165) (N.D. Cal. May 6, 2022), the other by The Honorable Charles R. Breyer in *Hart*
5    *v. Facebook Inc.*, No. 3:22-cv-00737 (Dkt. 87) (N.D. Cal. May 5, 2022). Both decisions are relevant
6    judicial opinions from this District, filed after briefing was completed on Defendants' motion to
7    dismiss the operative complaint in this case. They are therefore appropriate for consideration by the
8    Court, and true and correct copies are attached as Exhibits A and B. *See* Civil L.R. 7-3(d)(2).

Respectfully submitted,

Dated: May 10, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian M. Willen
Brian M. Willen
bwillen@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC AND SUNDAR PICHAI