UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE LLC, et al., <br><br> Defendants. | Case No. 21-cv-08009-JSW <br><br> **ORDER TO SHOW CAUSE RE STAY PENDING APPEAL OF *TWITTER* CASE** |

The Court issues this ORDER TO SHOW CAUSE why this Court in its discretion should not stay this matter pending final disposition of the appeal of the dismissal of *Donald Trump, et al. v. Twitter, et al.*, N.D. Cal. Case No. 21-cv-08378-JD ("*Twitter*"), which is now before the Ninth Circuit Court of Appeals as Case. No. 22-15961. Each party's written response shall not exceed seven pages and shall be filed no later than July 26, 2022.

**IT IS SO ORDERED.**

Dated: July 12, 2022

JEFFREY S. WHITE
United States District Judge