Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Interested Parties Meta Platforms, Inc. and Mark Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>YOUTUBE, LLC, et al.,<br><br>          Defendants. | CASE NO. 4:21-cv-08009-JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Complaint Filed: July 7, 2021 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Ashley E. Littlefield is no longer associated with Kirkland & Ellis LLP and is no longer acting as counsel of record for Interested Parties Meta Platforms, Inc. and Mark Zuckerberg in this case. The clerk is requested to withdraw or remove Ms. Littlefield as attorney of record for Interested Parties Meta Platforms, Inc. and Mark Zuckerberg.

Michael P. Esser of Kirkland & Ellis LLP hereby appears as counsel of record on behalf of Interested Parties Meta Platforms, Inc. and Mark Zuckerberg. Copies of all future pleadings, papers, correspondence, and electronic filing notices should be served upon Kirkland & Ellis LLP at the address indicated below:

> Michael P. Esser
> KIRKLAND & ELLIS LLP
> 555 California Street
> San Francisco, CA 94104
> Telephone: (415) 439-1400
> Facsimile: (415) 439-1500
> Email: michael.esser@kirkland.com

DATED: November 1, 2022

Respectfully submitted,

KIRKLAND & ELLIS LLP

*s/ Michael P. Esser*
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Interested Parties Meta Platforms, Inc. and Mark Zuckerberg*