1

2

3

4               UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    DONALD J. TRUMP, et al.,                Case No.  21-cv-08009-JSW

8              Plaintiffs,

9         v.                                 **ORDER OF RECUSAL**

10   YOUTUBE LLC, et al.,

11             Defendants.

12

13      TO ALL PARTIES AND COUNSEL OF RECORD:

14      I, the undersigned judge of the court, finding myself disqualified in the above-entitled

15   action, hereby recuse myself from this case and request that the case be reassigned pursuant to the

16   Assignment Plan.

17

18      **IT IS SO ORDERED.**

19   Dated:   July 24, 2023

20                                        _____

21                                        JEFFREY S. WHITE
                                          United States District Judge
22

23

24

25

26

27

28