**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD J. TRUMP**, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**YOUTUBE LLC**, *et al.,*<br><br>    Defendants. | Case No. 4:21-cv-08009-YGR<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On August 3, 2022, Judge Jeffrey S. White stayed this litigation pending the appeal of *Donald Trump, et al. v. Twitter, et al.*, Case No. 21-cv-08378-JD, to the Ninth Circuit. (Dkt. No. 159.) For statistical purposes only, the Court now **ORDERS** that the case shall be administratively closed. As set forth in Judge White's August 3, 2022 order, parties shall nonetheless file a joint notice within **seven (7) days** of the final disposition of *Twitter*.

**IT IS SO ORDERED.**

Dated: December 12, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**