1  LAUREN GALLO WHITE, SBN 309075
   AMIT Q. GRESSEL, SBN 307663
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  One Market Plaza
   Spear Tower, Suite 3300
4  San Francisco, CA 94105-1126
   Telephone: (415) 947-2000
5  Facsimile: (415) 947-2099
   Email: lwhite@wsgr.com
6  Email: agressel@wsgr.com

   BRIAN M. WILLEN (*admitted pro hac vice*)
   BENJAMIN D. MARGO, SBN 348644
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1301 Avenue of the Americas, 40th Floor
   New York, NY 10019-6022
   Telephone: (212) 999-5800
   Facsimile: (212) 999-5801
   Email: bwillen@wsgr.com
   Email: bmargo@wsgr.com

7

8  *Attorneys for Defendants*
   *YOUTUBE, LLC and SUNDAR PICHAI*

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13

| | |
|---|---|
| 14  DONALD J. TRUMP et al., | ) CASE NO.: 4:21-cv-08009-YGR |
| 15          Plaintiffs, | ) **JOINT NOTICE TO THE COURT** |
| 16      v. | ) Hon. Yvonne Gonzalez Rogers |
| 17  YOUTUBE, LLC et al., | ) |
| 18          Defendants. | ) |
| 19 | ) |
| 20 | ) |
| 21 | ) |
| 22 | ) |
| 23 | ) |

24

25

26

27

28

Pursuant to the Court's order dated December 12, 2023 (ECF No. 163), the parties hereby notify the Court that the *Twitter* appeal was dismissed by the Ninth Circuit on February 10, 2025. The parties ask the Court to schedule a case management conference at the Court's convenience in approximately 90 days.

Respectfully submitted,

Dated: February 18, 2025

LAW OFFICE OF ANDREI D. POPOVICI PC

By: _/s/ Andrei D. Popovici_
Andrei D. Popovici
andrei@apatent.com

*Attorney for Plaintiffs*
DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDRES BIAGGIANI, MARYSE VERONICA JEAN-LOIUS, NAOMI WOLF, AND FRANK VALENTINE

Dated: February 18, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _/s/ Brian M. Willen_
Brian M. Willen
bwillen@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC AND SUNDAR PICHAI

SIGNATURE ATTESTATION

I, Brian M. Willen, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

_/s/ Brian M. Willen_