| | |
|---|---|
| LAUREN GALLO WHITE, SBN 3090<br>AMIT Q. GRESSEL, SBN 307663<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: lwhite@wsgr.com<br>Email: agressel@wsgr.com<br><br>BRIAN M. WILLEN (A*dmitted Pro Hac Vice*)<br>BENJAMIN D. MARGO, SBN 348644<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: bmargo@wsgr.com<br><br>*Attorneys for Defendants*<br>*YOUTUBE, LLC and SUNDAR PICHAI* | JOHN Q. KELLY (Admitted *Pro Hac Vice*)<br>FERGUSON COHEN LLP<br>25 Field Point Road<br>Greenwich, CT 06830<br>Telephone: (203) 661-5222<br>Facsimile: (203) 661-1197<br>Email: jqkelly@fercolaw.com<br><br>JOHN P. COALE (Admitted *Pro Hac Vice*)<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC et al.,<br><br>        Defendants. | CASE NO.: 4:21-cv-08009-YGR<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE INITIAL**<br>**CASE MANAGEMENT**<br>**CONFERENCE**<br><br>Hon. Yvonne Gonzalez Rogers |

A Joint Case Management Statement on the above-captioned matter is currently due June 2, 2025, and an Initial Case Management Conference is set for June 9, 2025, at 2:00 p.m. via videoconference.

The parties have engaged in productive discussions regarding next steps in this case, with additional discussions anticipated in the near future.

The parties therefore respectfully request that the Initial Case Management Conference be deferred by 90-days to September 8, 2025, and the Joint Case Management Statement be due September 2, 2025.

Respectfully submitted,

Dated: May 27, 2025

FERGUSON COHEN, LLP

By: */s/ John Q. Kelly*
John Q. Kelly
jqkelly@fercolaw.com

*Attorney for Plaintiffs*
DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDRES BIAGGIANI, MARYSE VERONICA JEAN-LOIUS, NAOMI WOLF, AND FRANK VALENTINE

Dated: May 27, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian M. Willen*
Brian M. Willen
bwillen@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC AND SUNDAR PICHAI

SIGNATURE ATTESTATION

I, Brian M. Willen, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Brian M. Willen*

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Initial Case Management Conference is reset for September 8, 2025. The parties Joint Case Management Statement is due September 2, 2025.

Dated: May 28, 2025

_____
Hon. Judge Yvonne Gonzalez Rogers

STIPULATION AND [PROPOSED] ORDER        -2-        CASE NO.: 4:21-cv-08009-YGR