| | |
|---|---|
| LAUREN GALLO WHITE, SBN 3090<br>AMIT Q. GRESSEL, SBN 307663<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: lwhite@wsgr.com<br>Email: agressel@wsgr.com<br><br>BRIAN M. WILLEN (A*dmitted Pro Hac Vice*)<br>BENJAMIN D. MARGO, SBN 348644<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: bmargo@wsgr.com<br><br>*Attorneys for Defendants*<br>*YOUTUBE, LLC and SUNDAR PICHAI* | JOHN Q. KELLY (Admitted *Pro Hac Vice*)<br>FERGUSON COHEN LLP<br>25 Field Point Road<br>Greenwich, CT 06830<br>Telephone: (203) 661-5222<br>Facsimile: (203) 661-1197<br>Email: jqkelly@fercolaw.com<br><br>JOHN P. COALE (Admitted *Pro Hac Vice*)<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YOUTUBE, LLC et al.,<br><br>　　　　Defendants. | CASE NO.: 4:21-cv-08009-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Yvonne Gonzalez Rogers |

1  A Joint Case Management Statement on the above-captioned matter is currently due
2  September 2, 2025, and an Initial Case Management Conference is set for September 8, 2025, at
3  2:00 p.m. via videoconference.

4  The parties continue to engage in productive discussions regarding next steps in this case,
5  with additional discussions anticipated in the near future.

6  The parties therefore respectfully request that the Initial Case Management Conference be
7  deferred to November 10, 2025 and the Joint Case Management Statement be due November 3,
8  2025.

Respectfully submitted,

Dated:  August 29, 2025                FERGUSON COHEN, LLP

By:   /s/ John Q. Kelly
      John Q. Kelly
      jqkelly@fercolaw.com

*Attorney for Plaintiffs*
DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDRES BIAGGIANI, MARYSE VERONICA JEAN-LOIUS, NAOMI WOLF, AND FRANK VALENTINE

Dated:  August 29, 2025                WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Brian M. Willen
      Brian M. Willen
      bwillen@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC AND SUNDAR PICHAI

SIGNATURE ATTESTATION

I, Brian M. Willen, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

/s/ Brian M. Willen

1

[PROPOSED] ORDER

2     Pursuant to stipulation, IT IS SO ORDERED. The Initial Case Management Conference

3  is reset for November 10, 2025. The parties Joint Case Management Statement is due November

4  3, 2025.

5

6  Dated: _____, 2025                                     _____

7                                                                                                    Hon. Judge Yvonne Gonzalez Rogers