| | |
|---|---|
| JOHN Q. KELLY (Admitted *Pro Hac Vice*)<br>FERGUSON COHEN LLP<br>25 Field Point Road<br>Greenwich, CT 06830<br>Telephone: (203) 661-5222<br>Facsimile: (203) 661-1197<br>Email: jqkelly@fercolaw.com<br><br>JOHN P. COALE (Admitted *Pro Hac Vice*)<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>*Attorneys for Plaintiffs* | LAUREN GALLO WHITE, SBN 3090<br>AMIT Q. GRESSEL, SBN 307663<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: lwhite@wsgr.com<br>Email: agressel@wsgr.com<br><br>BRIAN M. WILLEN (Admitted *Pro Hac Vice*)<br>BENJAMIN D. MARGO, SBN 348644<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: bmargo@wsgr.com<br><br>*Attorneys for Defendants*<br>*YOUTUBE, LLC and SUNDAR PICHAI* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC et al.,<br><br>    Defendants. | CASE NO.: 4:21-cv-08009-YGR<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Yvonne Gonzalez Rogers |

NOTICE OF SETTLEMENT AND DISMISSAL                                                CASE NO.: 4:21-CV-08009-YGR

The Parties to the above-captioned action (the "Action"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The Parties hereby agree to settle and dismiss the Action, with prejudice, pursuant to the terms of separate settlement agreements ("Settlement Agreements") and Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. As set forth in the Settlement Agreements, the terms of which shall be controlling, Alphabet, of which Defendant YouTube is an indirect subsidiary, shall transfer a total of $24,500,000 (Twenty-Four Million and Five Hundred Thousand U.S. Dollars) to the attorney trust account of Plaintiffs' counsel of record, John Coale, to be allocated consistent with the terms of the Settlement Agreements, as follows:

   - A payment of $22,000,000 (Twenty-Two Million U.S. Dollars) to settle and resolve with Plaintiff Donald J. Trump any and all disputes and claims arising out of or relating to the Action, which he has directed to be contributed, on his behalf, to the Trust for the National Mall, a 501(c)(3) tax-exempt entity dedicated to restoring, preserving, and elevating the National Mall, to support the construction of the White House State Ballroom; and

   - Payments totaling $2,500,000 (Two Million and Five Hundred Thousand U.S. Dollars) to settle and resolve with Plaintiffs American Conservative Union, Andrew Baggiani, Austen Fletcher, Maryse Veronica Jean-Louis, Frank Valentine, Kelly Victory, and Naomi Wolf any and all disputes and claims arising out of or relating to the Action, to be distributed among them in accordance with the terms of the Settlement Agreements executed between Defendants and those Plaintiffs.

3. This Notice of Settlement and Stipulation of Dismissal shall not constitute an admission of liability or fault on the part of the Defendants or their agents, servants, or employees, and is entered into by all Parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

4. The Parties agree that this Notice of Settlement and Stipulation of Dismissal will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendants or their agents, servants, or employees, or their successors.

5. Execution and filing of this Notice of Settlement and Stipulation of Dismissal shall constitute a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: September 29, 2025

FERGUSON COHEN, LLP

By: ___/s/ John Q. Kelly___
John Q. Kelly
jqkelly@fercolaw.com

*Attorney for Plaintiffs*
DONALD J. TRUMP, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDRES BIAGGIANI, MARYSE VERONICA JEAN-LOIUS, NAOMI WOLF, AND FRANK VALENTINE

Dated: September 29, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Brian M. Willen___
Brian M. Willen
bwillen@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC AND SUNDAR PICHAI

SIGNATURE ATTESTATION

I, Brian M. Willen, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

___/s/ Brian M. Willen___